**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

David Barnhill, Appellant,

v.

Lesa Michelle Gaffney and Jimmy Emmanuel Dessaure, III, Defendants,

Of whom Jimmy Emmanuel Dessaure, III is the Respondent.

Appellate Case No. 2012-213337

———————————

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge

———————————

Unpublished Opinion No. 2014-UP-041
Submitted November 1, 2013 – Filed January 29, 2014

———————————

**APPEAL DISMISSED**

———————————

Paige Blair George, of the Law Office of Barry B. George, of Columbia, for Appellant.

William H. Bowman, III, of Rogers Townsend & Thomas, PC, of Columbia, for Respondent.

———————————

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authority: *Dibble v. Schade*, 308 S.C. 88, 93, 417 S.E.2d 104, 107 (Ct. App. 1992) ("An order granting a motion to set aside a default judgment is interlocutory and not immediately appealable.").

**APPEAL DISMISSED.**[1]

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.